UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____
15-CV-61902-Bloom/White

Jeffrey Emil Groover
(Write the full name of the plaintiff)

FILED by ____ D.C.
SEP 09 2015
STEVEN M. LARIMORE
CLERK U S DIST CT
S.D. of FLA - MIAMI

vs. Scott Israel
Sheriff, Broward County, Florida
Broward County, Florida Sheriff's Office
U.S. Corrections
(Write the full name of the defendant/s in this case)

cat / div 1983/550/Broward
Case # _____
Judge _____ Mag. Paw
Motn Ifp Yes    Fee pd $ NO
Receipt # _____

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Jeffrey Emil Groover

Address: P.O. Box 407016, Ft. Lauderdale, FL 33340

Inmate/Prison No.: 501503936

Year of Birth: 1960 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Scott Israel    Defendant: U.S. Corrections

Official Position: Sheriff    Official Position: Contractor

Place of Employment: Broward County    Place of Employment: Unknown

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I was transported from Butner Federal Prison in North Carolina starting at 4:00pm August 14, 2015 to Broward County Jail in Fort Lauderdale, Florida arriving at 8:00pm August 16, 2015. I was waist chained and shackled and held in a steel cage without sleep or bathroom facilities during that time. I suffered sleep deprivation, heat stroke, physical exhaustion and depression and severe bruising due to the deliberate acts of officers and officials. See attached Affidavit.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

a) declaratory judgment that the mode and procedures used to transport prisoners violates the Constitution of the United States.
b) injunctive relief banning the transportation of prisoners by (1) overnight without sleep and (2) any vehicle that has a steel cage without normal and safe seating.
c) any appropriate monetary damages.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?    _X_ Yes    ___ No

Signed this _21st_ day of _August_, 20_15_

_Jeffrey Emil Groover_
_____
                    Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _August 21, 2015_

_Jeffrey Emil Groover_
_____
                    Signature of Plaintiff

Jeffrey Groover
No. 501503936
P.O. Box 407016
Ft. Lauderdale, FL 33340-7016

Legal Mail

Clerks Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716