UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-61902-BLOOM

JEFFREY EMIL GROOVER,
Individually and on behalf of all
Others similarly situated,

        Plaintiff,

v.

U.S. CORRECTIONS, LLC;
PRISONER TRANSPORTATION
SERVICES, LLC; and JOHN DOES
1-100,

        Defendants.

_____/

**JOINT MOTION FOR CLARIFICATION OF ORDER
GRANTING PLAINTIFF'S MOTION TO ENFORCE COURT ORDER**

Defendant U.S. Corrections, LLC ("USC") and Plaintiff Jeffrey Emil Groover (collectively, the "Parties") submit this joint motion for clarification, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, of the Court's paperless Order dated August 18, 2018 granting Plaintiff's Motion to Enforce Court Order (Dkt. 166) – specifically, as to the portion of the Order requiring that USC produce "run maps" by no later than August 23, 2018. (Dkt. 170).[1]

Rule 60(a) of the Federal Rules of Civil Procedure permits a court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).

The paperless Order issued by the Court on August 16, 2018 (Dkt. 170) requires USC to produce "the run maps" and the "run notes" to Plaintiff by August 23, 2018. The Parties believe

---

[1] USC has ordered the Transcript of the August 16, 2018 hearing, but it will not be received until later this week. In light of the abbreviated timeframe for production required by the Court Order, USC will supplement this Motion with the relevant parts of the Transcript upon receipt.

1

that the Order's requirement for USC to produce "run maps" is inconsistent with the Court's rulings at the hearing on Plaintiff's motion for class certification held on August 16, 2018.

Accordingly, the Parties respectfully request that the Court's Order dated August 16, 2018 be clarified to indicate that USC is not required to produce "run maps" to Plaintiff by August 23, 2018.

Respectfully submitted,

/s/ Erin G. Jackson
Erin G. Jackson, Esquire
Florida Bar No.: 413097
Ashley A. Tinsley, Esquire
Florida Bar No.: 125141
Johnson Jackson LLC
100 N. Tampa Street, Suite 2310
Tampa, FL 33602
Telephone: (813) 580 – 8400
Facsimile: (813) 580 - 8407
E-mail: ejackson@johnsonjackson.com
E-mail: atinsley@johnsonjackson.com

Attorneys for USC


By: /s/ Frank S. Hedin
Frank S. Hedin (FBN 109698)
fhedin@hedinhall.com
David W. Hall (pro hac vice)
dhall@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of August 2018, a true and correct copy of the forgoing original document was filed electronically using the CM/ECF system and was therefore served on all counsel of record.

                                        */s/Erin G. Jackson*
                                        Attorney